# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

D. Patrick Daniel, Jr.
Attorney at Law
P. O. Box 37369
Houston TX 77237

Rachel Deckelmann
The Daniel Law Firm
P. O. Drawer 37369
Houston TX 77237

**REHEARING ACTION: January 27, 2016**

**Docket Number: 15   00958-CW**

**JERRY JAMES
VERSUS
HCA HEALTH SERVICES OF LOUISIANA,
INC., D/B/A DAUTERIVE HOSPITAL**

**Writ Application from Iberia Parish Case No. 117318**

**BEFORE JUDGES:**

> Hon. Sylvia R. Cooks
> Hon. Billy Howard Ezell
> Hon. Shannon J. Gremillion
> Hon. John E. Conery
> Hon. David Kent Savoie

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jerry James** has this day been

> **DENIED.**
> Cooks, J., would grant the rehearing.
> Savoie, J., would grant the rehearing.

cc: Ryan M. Goudelocke, Counsel for the Applicant
    Jonathan R. Villien, Counsel for the Applicant